UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CLINT JEFFERY BOWEN,**          Case No.:

        **Plaintiff.**

**v.**

**DISCOVER BANK,**
**ZWICKER & ASSOCIATES, P.C.,**
**and PAUL ZWICKER,**

        **Defendants.**

## NOTICE OF REMOVAL OF CIVIL ACTION

1. Zwicker & Associates, P.C. ("Zwicker"), a Massachusetts law firm and professional corporation, and Paul Zwicker (both hereinafter, "Defendants") are defendants in a civil action originally filed on January 4, 2018 in the Justice Court of Hood County, Texas, Precinct 3, Case No. SC3180001, entitled *Clint Jeffery Bowen v. Discover Bank, Zwicker & Associates, P.C. and Paul Zwicker.*

### TIMELINESS OF REMOVAL

2. This removal is timely under 28 U.S.C. § 1446(b). Zwicker received a citation directed to "Discover Bank/Zwicker and Associates" and a small claims petition filed by Plaintiff Clint Jeffery Bowen by certified mail on January 17, 2018.

3. Pursuant to 28 U.S.C. § 1446 and Local Rule 81.1(a)(4), attached hereto as Exhibit 1 is a copy of the docket sheet in the state court action. Attached hereto as Exhibit 2 is an index of the documents filed in the state court action. Exhibit 3 is a copy of the citation issued by the state court clerk. Exhibit 4 is a copy of the Small Claims Petition filed in state court.

4.    Attached hereto as Exhibit 5 is the Consent to Remove executed by co-defendant Discover Bank pursuant to 28 U.S.C. § 1446(b)(2)(A).

## BASIS FOR JURISDICTION

5.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

6.    This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

WHEREFORE, Defendants Zwicker & Associates, P.C. and Paul Zwicker file this notice to remove the action, now pending in the Justice Court of Hood County, Texas, Precinct 3, Case No. SC3180001, entitled *Clint Jeffery Bowen v. Discover Bank, Zwicker & Associates, P.C. and Paul Zwicker,* to this Court.

ZWICKER & ASSOCIATES, P.C.
PAUL ZWICKER

By their attorneys,

*s/Leslie Sun, Esq.*
Leslie Sun, Esq.
Bar # 24088490
Zwicker & Associates, P.C.
Old Town Square
1 Chisholm Trail, Suite 301
Round Rock, TX 78681
Tel. 512-218-0488, ext. 3038
Fax 512-218-0477
lsun@zwickerpc.com

Dated: January 30, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I caused the foregoing document to be filed electronically with the Clerk of the District Court using the CM/ECF system. I also certify that I have caused a copy of the foregoing to be served via first class mail, postage prepaid on:

Clint Jeffery Bowen
530 N. Crockett St., # 1892
Granbury, TX 76048

I hereby further certify that on January 30, 2018, I caused a copy of the foregoing to be delivered via Federal Express Overnight Delivery to:

Clerk of the Court
Justice Court of Hood County
Precinct 3
5417 Acton Hwy, Suite 104
Granbury, TX 76049

> *s/Leslie Sun, Esq.*
> Leslie Sun, Esq.